■ ELDER DEBT, LLC, Appellant, v ANAND REALTY CORP., Respondent, et al., Defendants. [903 NYS2d 229]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Wilma Guzman, J.), entered on or about December 18, 2009, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated June 4, 2010, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Renwick, Freedman, Richter and Abdus-Salaam, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE UNDERWOOD, Appellant. [903 NYS2d 229]—Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered June 10, 2008, convicting defendant, after a jury trial, of robbery in the first degree, and endangering the welfare of a child (two counts), and sentencing him to an aggregate term of 10 years, unanimously affirmed.

Defendant's challenges to the prosecutor's summation are unpreserved and we decline to review them in the interest of justice. As an alternative holding, we find that the remarks at issue were permissible responses to the defense summation, and that nothing in the summation deprived defendant of a fair trial (see *People v Overlee*, 236 AD2d 133 [1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]).

We perceive no basis for reducing the sentence. Concur—Andrias, J.P., Friedman, McGuire, Acosta and DeGrasse, JJ.